IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**FREDERICK BANKS, #05711-068**                             **PLAINTIFF**

**VERSUS**                         **CIVIL ACTION NO. 5:07-cv-161-DCB-MTP**

**FEDERAL BUREAU OF PRISONS**                           **DEFENDANTS**

ORDER

This cause is before the court sua sponte. Upon further review, it has come to the attention of the court that plaintiff Banks has on not less than three occasions, while incarcerated, brought a civil action or appeal under 28 U.S.C. § 1915 which has been dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Thus, for purposes of proceeding in forma pauperis pursuant to 28 U.S.C. § 1915, plaintiff Banks has three "strikes". Therefore, this court will reconsider, in a separate order, the order [8] granting plaintiff Banks in forma pauperis status.

Having reviewed the record, this court finds that summons was issued on November 1, 2007, on the Federal Bureau of Prisons. Because this court must address the plaintiff's in forma pauperis request, in light of the three "strikes", the defendant Federal Bureau of Prisons is directed not to file a responsive pleading or answer in this cause until further order of this court.

The clerk is directed to mail a copy of this order to Defendant **Federal Bureau of Prisons**, 320 First Street, NW., Washington, DC 20534; **Civil Process Clerk** at the office of the United States Attorney for the Southern District of Mississippi, 188 E. Capitol Street, One Jackson Place, Suite 500, Jackson, Mississippi 39201; and to the **Attorney General of**

**the United States**, United States Department of Justice, 950 Pennsylvania Avenue, Washington, DC 20530-0001.

THIS the __8th__ day of November, 2007.

___s/ David Bramlette_____
UNITED STATES DISTRICT JUDGE
