IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**FREDERICK BANKS, #05711-068**                                                        **PLAINTIFF**

**VERSUS**                                     **CIVIL ACTION NO. 5:07-cv-161-DCB-MTP**

**FEDERAL BUREAU OF PRISONS**                                              **DEFENDANT**

ORDER

Before the Court is Plaintiff's notice of appeal [20]. The Plaintiff has enclosed a promissory note in the amount of $900.00 to pay the $450.00 appeal filing fee for this case and the $450.00 appeal filing fee for case number 5:07-cv-117-DCB-MTP. The Plaintiff argues that he is exempt from paying the filing fee because he is a Lakota Sioux Indian, however, in the alternative the Plaintiff included this promissory note for payment of his filing fee. This Court instructs Plaintiff that there is no "exemption" from paying the filing fee. The only exception is if the "prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). Clearly, the Plaintiff has failed to meet the exception of 28 U.S.C. § 1915(g). Moreover, legal tender in regards to the filing fee is considered cash, check, money order or credit card (The Guide to Judiciary Policies, Chapter 7, Part C.2.1.3.). The Plaintiff argues that his promissory note constitutes a cash payment; the Court disagrees. Clearly, the Plaintiff has failed to pay his filing fee in legal tender. Accordingly, it is hereby

ORDERED:

1. That the Plaintiff is granted until and including February 5, 2008, to pay the filing fee of $450.00 in the form of cash, check, money order or credit card as required by The Guide to Judiciary Policies, Chapter 7, Part C.2.1.3..

2. That the Plaintiff is warned that failure to advise this Court of a change of address or

failure to comply with any order of this Court will be deemed as a purposeful delay and contumacious act by the Plaintiff and may result in the dismissal of this case.

    THIS, the __23rd__ day of January, 2008.

                                                   s/ David Bramlette
                                          UNITED STATES DISTRICT JUDGE