**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**FREDERICK BANKS, #05711-068**                                      **PLAINTIFF**

**VERSUS**                                      **CIVIL ACTION NO. 5:07-cv-161-DCB-MTP**

**FEDERAL BUREAU OF PRISONS**                                  **DEFENDANT**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the   30th    day of April, 2008.


                                                         s/ David Bramlette
                                             UNITED STATES DISTRICT JUDGE